IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE OF AMS CONSTRUCTION COMPANY, INC., d/b/a AMS STAFF LEASING, | § § § § § | |
| Plaintiff, | § § | NO. B-00-062 |
| v. | § § | United States District Court Southern District of Texas FILED |
| CENTEX CONSTRUCTION COMPANY, INC., SEABOARD SURETY COMPANY, and AMWEST SURETY INSURANCE COMPANY, | § § § § § | MAY 3 0 2000 Michael N. Milby Clerk of Court |
| Defendants. | § § | |

## PLAINTIFF'S DISCLOSURE OF FINANCIALLY INTERESTED PARTIES

COMES NOW, Plaintiff The United States of America for the Use of AMS Construction Company, Inc. d/b/a AMS Staff Leasing, pursuant to the Court's Order Setting Conference, files its disclosure of entities that are financially interested in this litigation as follows:

1. AMS Construction Company, Inc. d/b/a AMS Staff Leasing;

2. Centex Construction Company, Inc.;

3. Seaboard Surety Company; and

4. Amwest Surety Insurance Company.

Respectfully submitted,

**REID & ASSOCIATES, P.C.**
Providence Tower, Suite 255W
5001 Spring Valley Road
Dallas, Texas 75244
Telephone:   (972) 991-2626
Facsimile:   (972) 991-2678


By: _____
William E. Reid
State Bar No. 16748500
Carla S. Neal
State Bar No. 00784664
Darryl E. Atkinson
State Bar No. 00785675

**ATTORNEY FOR PLAINTIFF
AMS CONSTRUCTION COMPANY, INC.
d/b/a AMS STAFF LEASING**