AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  6-7-00 @ 3:00 PM |
| NAME OF SERVER (PRINT)  DAMON IRWIN | TITLE  PROCESS SERVER |

*United States District Court*
*Southern District of Texas*
*FILED*

*JUN 1 9 2000*

*Michael N. Milby*
*Clerk of Court*

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left. _____

☐ Returned unexecuted: _____

☑ Other (specify):  Centex Construction Company, Inc. by delivering to Corporation Service Company, its Registered Agent, by delivering to Margaret Leak, 800 Brazos, Suite 750, Austin, TX 78701

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  $40 | TOTAL  $40 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-7-00
            Date

Signature of Server

Address of Server

Et Al World Wide
Litigation Support Services
P. O. Box 91599
Austin, TX 78709-1599

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Texas - Brownsville Division

The United States of America for the Use of
AMS Construction Company, Inc. d/b/a
AMS Staff Leasing
V.
Centex Construction Company, Inc., Seaboard
Surety Company and Amwest Surety
Insurance Company

## SUMMONS IN A CIVIL CASE

CASE NUMBER: B-00-062

United States District Court
Southern District of Texas
FILED

JUN 1 9 2000

Michael N. Milby,
Clerk of Court

TO: (Name and address of Defendant)

Centex Construction Company, Inc.
c/o Corporation Services Company
800 Brazos
Austin, Texas 78701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William E. Reid
Carla S. Neal
Reid & Associates, P.C.
Providence Towers, Suite 255W
5001 Spring Valley Road
Dallas, Texas 75244

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK _(signature)_

(By) DEPUTY CLERK

DATE: MAY 0 3 2000