

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 6 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA FOR | § | |
| THE USE OF AMS CONSTRUCTION | § | |
| COMPANY, INC. d/b/a AMS STAFF | § | |
| LEASING | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. B-00-062 |
| | § | |
| CENTEX CONSTRUCTION COMPANY, | § | |
| INC., SEABOARD SURETY COMPANY, | § | |
| and AMWEST SURETY INSURANCE | § | |
| COMPANY | § | |
| | § | |
| Defendants. | § | |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, CENTEX CONSTRUCTION COMPANY, INC. and SEABOARD

SURETY COMPANY, Defendants herein, by and through their undersigned attorney, and files this

their Motion for Admission Pro Hac Vice and states:

1.      The firm of Canterbury, Stuber, Elder, Gooch & Surratt, P.C., by and through the

undersigned, has been retained as counsel for CENTEX CONSTRUCTION COMPANY, INC. and

SEABOARD SURETY COMPANY.

2.      The undersigned is admitted to practice before the United States Court for the

Northern and Western District of Texas, and is a member in good standing of the Texas Bar.

3.      The undersigned wishes to be admitted pro hac vice before this Court for the sole

ClibPDF - www.fastio.com

purpose of representing CENTEX CONSTRUCTION COMPANY, INC. and SEABOARD

SURETY COMPANY in this matter.

4.     The undersigned submits to the jurisdiction of this Court for discipline purposes and

to the local rules of the United States District Court for the Southern District of Texas, and certifies

that he will be available for hearings on twenty-four (24) hours notice.

5.     The undersigned requests that he need not be required to designate local co-counsel

because the undersigned is fully familiar with the local rules and procedures of this Court and will

be available upon very short notice for any hearing or other matter requiring actual presence of

counsel.

6.     The undersigned represents to the Court that he has not been convicted of a felony

or a misdemeanor involving moral turpitude nor has he been the subject of any disciplinary action

by a court of record.

WHEREFORE, PREMISES CONSIDERED, the undersigned respectfully requests this

Court to enter an Order granting him leave to be admitted pro hac vice in the above-styled cause.

Respectfully submitted,

David G. Surratt, Texas Bar No. 19519200
CANTERBURY, STUBER, ELDER, GOOCH,
& SURRATT, P.C.
One Lincoln Centre
5400 LBJ Freeway, Suite 1300
Dallas, Texas  75240
Telephone:  (972) 239-7493
Telefax:  (972) 490-7739

ATTORNEY FOR CENTEX CONSTRUCTION
COMPANY, INC. and SEABOARD SURETY
COMPANY

-2-

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has this ___ day of June, 2000, been duly served upon the persons listed below by placing a copy of same in the United States mail, certified, return receipt requested, with sufficient postage affixed thereon to effect delivery of same and addressed as follows:

William E. Reid
REID & ASSOCIATES, P.C.
Providence Tower, Suite 255 W
5001 Spring Valley Road
Dallas, Texas  75244

David G. Surratt

-3-

ClibPDF - www.fastio.com