11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| The United States of America for the Use of AMS Construction Co., Inc. d/b/a AMS Staff Leasing § § § § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. B-00-062 |
| § § | |
| Centex Construction Co., Inc., et al, § § | |
| Defendants. § | |

**ORDER**

BE IT REMEMBERED, that on July 7, 2000, the Court **STRUCK** Centex Construction Company and Seaboard Surety Company's Motion for Admission Pro Hac Vice, filed on June 26, 2000, for failure to include a certificate of conference as required by the Local Rules of the United States District Court for the Southern District of Texas. If the Defendants wish the Court to consider their motion, they must resubmit it in compliance with this Court's procedural rules.

DONE at Brownsville, Texas, this 7th day of July 2000.

Hilda G. Tagle
United States District Judge