15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 3 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE OF AMS CONSTRUCTION COMPANY, INC. d/b/a AMS STAFF LEASING | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. B-00-062 |
| CENTEX CONSTRUCTION COMPANY, INC., SEABOARD SURETY COMPANY, and AMWEST SURETY INSURANCE COMPANY | § § § § § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION
## FOR ADMISSION PRO HAC VICE

This cause having come before the Court upon the Unopposed Motion of Defendants, CENTEX CONSTRUCTION COMPANY, INC. and SEABOARD SURETY COMPANY, for Mr. David Surratt of the law firm of Canterbury, Stuber, Elder, Gooch & Surratt, P.C., to be admitted pro hac vice, and based upon the representations made in the Motion, it is hereby

ORDERED AND ADJUDGED that the Motion for Admission Pro Hac Vice of Mr. David Surratt of law firm of Canterbury, Stuber, Elder, Gooch & Surratt, P.C., is hereby granted.

SIGNED on this 28 day of July, 2000.

_____
UNITED STATES DISTRICT JUDGE

ORDER FOR ADMISSION PRO HAC VICE                                   SOLO PAGE