*16*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**JUL 3 1 2000**

Michael N. Milby
Clerk of Court

THE UNITED STATES OF AMERICA FOR §
THE USE OF AMS CONSTRUCTION      §
COMPANY, INC.  d/b/a AMS STAFF    §
LEASING,                          §
                                  §
VS.                               §        NO.  B-00-0062
                                  §
CENTEX CONSTRUCTION COMPANY,      §
INC., SEABOARD SURETY COMPANY,    §
and AMWEST SURETY INSURANCE       §
COMPANY                           §

## DEFENDANT AMWEST SURETY INSURANCE COMPANY'S ORIGINAL ANSWER TO CENTEX CONSTRUCTION COMPANY, INC.'S ORIGINAL CROSSCLAIM

Comes now Amwest Surety Insurance Company ("Amwest"), Defendant and Cross-Defendant herein, who files this Original Answer to Centex Construction Company, Inc.'s ("Centex") Original Cross-claim and would respectfully show unto the court as follows:

1.      Amwest admits the allegations contained in paragraph 23 of Centex's cross-claim.

2.      Amwest admits the allegations in paragraph 24 of Centex's cross-claim that it issued a subcontract labor and material bond with Centex as Obligee and Stronghold Masonry, Inc.  as principal.  Amwest denies the remainder of the allegations set forth in paragraph 24 of Centex's cross-claim.

3.      Amwest denies the allegations set forth in paragraph 25 of Centex's cross-claim.

2451 62\229855 1 NHAMREN

CHzPDF - www.foxitsoftware.com

4.     Amwest denies the allegations set forth in paragraph 26 of Centex's cross-claim.

WHEREFORE, PREMISES CONSIDERED, Cross-Defendant, Amwest Surety Insurance Company, prays that upon final trial hereof Cross-Plaintiff, Centex Construction Company, Inc., take nothing by way of its cross-claim herein, and that Amwest Surety Insurance Company have such other and further relief to which it may be justly entitled to receive.

Respectfully submitted,

Nancy Hesse Hamren
TBA #09549430   Fed. I D 3694
800 First City Tower
1001 Fannin Street
Houston, Texas 77002-6707
Telephone: (713) 651-0111
Facsimile: (713) 651-0220
ATTORNEYS FOR DEFENDANT/
CROSS-DEFENDANT AMWEST
SURETY INSURANCE COMPANY

OF COUNSEL:
COATS, ROSE, YALE,
RYMAN & LEE, P.C.

2451 62\229855.1 NHAMREN                    2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing on William E.  Reid, Reid & Associates, P.C., Providence Tower, Suite 255 W, 5001 Spring Valley Road, Dallas, Texas 75244; David G.  Surratt, Canterbury, Stuber, Elder, Gooch & Surratt, One Lincoln Centre, 5400 LBJ Freeway, Suite 1300, Dallas, Texas 75240-6254 by certified mail, return receipt requested on this _26_ day of _July_ , 2000.

_Nancy Hesse Hamren_
Nancy Hesse Hamren

2451 62\229855 1 NHAMREN

3