*17*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE OF AMS CONSTRUCTION COMPANY, INC. d/b/a AMS STAFF LEASING | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. B-00-062 |
| CENTEX CONSTRUCTION COMPANY, INC., SEABOARD SURETY COMPANY, and AMWEST SURETY INSURANCE COMPANY | § § § § § § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
FILED

AUG 0 8 2000

Michael N. Milby
Clerk of Court

## CERTIFICATE OF PERSONS FINANCIALLY INTERESTED IN LITIGATION

COMES NOW DEFENDANT SEABOARD SURETY COMPANY ("Seaboard") files this Certificate of Persons Financially Interested in Litigation and would respectfully show unto the Court as follows:

1. **The following persons are financially interested in the outcome of this litigation:**

    (a) The United States of America for the Use of AMS Construction Company, Inc., d/b/a AMS Staff Leasing;

    (b) Amwest Surety Insurance Company;

    (c) Centex Construction Company, Inc.; and

    (d) Seaboard Surety Company

CERTIFICATE OF PERSONS FINANCIALLY INTERESTED IN LITIGATION                           1
J:\WP\HOLLI\CENTEX\AMS\certificate-financially.seaboard

2.  **Parent Corporation of Seaboard Surety Company:** St. Paul Fire & Marine Insurance Company.

3.  **Affiliated Corporations to Seaboard Surety Company:** Northern Indemnity, Inc.

Respectfully submitted,

CANTERBURY, STUBER, ELDER, GOOCH & SURRATT, P.C.

_____
David Surratt, State Bar No. 19519200
One Lincoln Centre
5400 LBJ Freeway, Suite 1300
Dallas, Texas  75240-6254
Telephone:  (972) 239-7493
Telefax:  (972) 490-7739
**ATTORNEY FOR SEABOARD SURETY COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has this 1st day of August, 2000, been duly served upon the persons listed below by placing a copy of same in the United States mail, certified, return receipt requested, with sufficient postage affixed thereon to effect delivery of same and addressed as follows:

William E. Reid
REID & ASSOCIATES, P.C.
Providence Tower, Suite 255 W
5001 Spring Valley Road
Dallas, Texas  75244

Todd M. Lonergan
COATS, ROSE, YALE, RYMAN & LEE
800 First City Tower
1001 Fannin
Houston, Texas  77002-6707

_____
David Surratt