18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 8 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE OF AMS CONSTRUCTION COMPANY, INC. d/b/a AMS STAFF LEASING | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. B-00-062 |
| CENTEX CONSTRUCTION COMPANY, INC., SEABOARD SURETY COMPANY, and AMWEST SURETY INSURANCE COMPANY | § § § § § | |
| Defendants. | § | |

## CERTIFICATE OF PERSONS FINANCIALLY INTERESTED IN LITIGATION

COMES NOW DEFENDANT CENTEX CONSTRUCTION COMPANY, INC. ("Centex") files this Certificate of Persons Financially Interested in Litigation and would respectfully show unto the Court as follows:

1. **The following persons are financially interested in the outcome of this litigation:**

    (a) The United States of America for the Use of AMS Construction Company, Inc., d/b/a AMS Staff Leasing;

    (b) Amwest Surety Insurance Company;

    (c) Seaboard Surety Company; and

    (d) Centex Construction Company, Inc.

CERTIFICATE OF PERSONS FINANCIALLY INTERESTED IN LITIGATION
J:\WP\HOLLI\CENTEX\AMS\certificate-financially.centex

1

2. **Parent Corporation of Centex Construction Company, Inc.:** Centex Construction Group, Inc.

3. **Parent Corporation of Centex Construction Group, Inc.:** Centex Corporation.

Respectfully submitted,

CANTERBURY, STUBER, ELDER, GOOCH
& SURRATT, P.C.

_____
David Surratt, State Bar No. 19519200
One Lincoln Centre
5400 LBJ Freeway, Suite 1300
Dallas, Texas  75240-6254
Telephone:  (972) 239-7493
Telefax:  (972) 490-7739
ATTORNEY FOR CENTEX CONSTRUCTION COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has this 1st day of August, 2000, been duly served upon the persons listed below by placing a copy of same in the United States mail, certified, return receipt requested, with sufficient postage affixed thereon to effect delivery of same and addressed as follows:

William E. Reid
REID & ASSOCIATES, P.C.
Providence Tower, Suite 255 W
5001 Spring Valley Road
Dallas, Texas  75244

Todd M. Lonergan
COATS, ROSE, YALE, RYMAN & LEE
800 First City Tower
1001 Fannin
Houston, Texas  77002-6707

_____
David Surratt