19

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 1 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE OF AMS CONSTRUCTION COMPANY, INC. d/b/a AMS STAFF LEASING, | § § § § § | |
| VS. | § § | NO. B-00-0062 |
| CENTEX CONSTRUCTION COMPANY, INC., SEABOARD SURETY COMPANY, and AMWEST SURETY INSURANCE COMPANY | § § § § | |

## DEFENDANT AMWEST SURETY INSURANCE COMPANY'S CERTIFICATE OF PERSONS FINANCIALLY INTERESTED IN OUTCOME OF LITIGATION

Comes now Defendant, Amwest Surety Insurance Company, and files this certificate in accordance with the court's order to disclose financially interested persons, and in support thereof would show the following:

1. The following persons and/or other legal entities are financially interested in the outcome of this litigation:

   a. AMS Construction Company, Inc. d/b/a AMS Staff Leasing;

   b. Centex Construction Company, Inc.;

   c. Seaboard Surety Company;

   d. Amwest Surety Insurance Company; and

   e. Strong Hold Masonry, Inc.

2451 62\231178.1 NHAMREN

ClibPDF - www.fastio.com

Respectfully submitted,

*Nancy Hesse Hamren*

Nancy Hesse Hamren
S.D.O.T. #3694
TBA #09549430
800 First City Tower
1001 Fannin Street
Houston, Texas 77002-6707
Telephone: (713) 651-0111
Facsimile: (713) 651-0220
ATTORNEYS FOR DEFENDANT/
CROSS-DEFENDANT AMWEST
SURETY INSURANCE COMPANY

OF COUNSEL:
COATS, ROSE, YALE,
 RYMAN & LEE, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing on William E. Reid, Reid & Associates, P.C., Providence Tower, Suite 255 W, 5001 Spring Valley Road, Dallas, Texas 75244 and David G. Surratt, Canterbury, Stuber, Elder, Gooch & Surratt, One Lincoln Centre, 5400 LBJ Freeway, Suite 1300, Dallas, Texas 75240-6254 by certified mail, return receipt requested on this 15th day of August, 2000.

*Nancy Hesse Hamren*

Nancy Hesse Hamren

2451.62\231178.1 NHAMREN                         2