20

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 21 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| THE UNITED STATES OF AMERICA FOR § | |
| THE USE OF AMS CONSTRUCTION § | |
| COMPANY, INC. d/b/a AMS STAFF § | |
| LEASING, § | |
| § | |
| VS. § | NO. B-00-0062 |
| § | |
| CENTEX CONSTRUCTION COMPANY, § | |
| INC., SEABOARD SURETY COMPANY, § | |
| and AMWEST SURETY INSURANCE § | |
| COMPANY § | |

## NOTICE OF CHANGE IN LEAD COUNSEL FOR DEFENDANT AMWEST SURETY INSURANCE COMPANY

Please take notice that Nancy Hesse Hamren is hereby designated as lead counsel for Defendant Amwest Surety Insurance Company in the above styled and numbered cause. All future correspondence, pleadings and notices of every kind should be sent to the attention of:

**Nancy Hesse Hamren**
Coats, Rose, Yale, Ryman & Lee, P.C.
800 First City Tower
1001 Fannin Street
Houston, Texas 77002-6707
Telephone: (713) 651-0111
Telefax: (713) 651-0220

2451 62\207776.1 NHAMREN

ClibPDF - www.fastio.com

Respectfully submitted,

COATS, ROSE, YALE,
RYMAN & LEE, P.C.

By: _____
Nancy Hesse Hamren
S.D.O.T. #3694
TBA #09549430
Todd Lonergan
S.D.O.T. #7710
TBA #12513700
800 First City Tower
1001 Fannin Street
Houston, Texas 77002-6707
Telephone: (713) 651-0111
Telefax: (713) 651-0220
ATTORNEYS FOR AMWEST SURETY
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing on William E. Reid, Reid & Associates, P.C., Providence Tower, Suite 255 W, 5001 Spring Valley Road, Dallas, Texas 75244 and David G. Surratt, Canterbury, Stuber, Elder, Gooch & Surratt, One Lincoln Centre, 5400 LBJ Freeway, Suite 1300, Dallas, Texas 75240-6254 by certified mail, return receipt requested on this 15th day of August, 2000.

_____
Nancy Hesse Hamren

2451.62\207776.1 NHAMREN