IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE OF AMS CONSTRUCTION COMPANY, INC., d/b/a AMS STAFF LEASING, § § § § § | |
| Plaintiff, § | |
| v. § | NO. B-00-062 |
| § | |
| CENTEX CONSTRUCTION COMPANY, INC., SEABOARD SURETY COMPANY, and AMWEST SURETY INSURANCE COMPANY, § § § § § | |
| Defendants. § | |

United States District Court
Southern District of Texas
FILED

AUG 30 2000

Michael N. Milby
Clerk of Court

## JOINT REPORT OF THE MEETING AND JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE

1. **State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.**

   The meeting was held via telephone conference on August 22, 2000, at 10:30 a.m. Those present at the meeting are as follows:

   F. Marianne Matthews (for William E. Reid and in association with Horacio L. Barrera)
   Attorneys for Plaintiff AMS Construction Company, Inc. d/b/a AMS Staff Leasing

   David Surratt
   Attorney for Defendant Seaboard Surety Company and Defendant/Cross-Plaintiff Centex Construction Co.

   Todd Lonergan
   Attorney for Defendant/Cross-Defendant Amwest Surety Insurance Co.

JOINT REPORT OF THE MEETING AND JOINT DISCOVERY/CASE
MANAGEMENT PLAN UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE        Page 1

2. **List the cases related to this one that are pending in any state or federal court with the case number and court.**

   None.

3. **Specify the allegation of federal jurisdiction.**

   This Court has jurisdiction pursuant to section 270a and 270 b of Title 40 of the United States Code, the Miller Act.

4. **Name the parties who disagree and the reasons.**

   The parties agree that this court has jurisdiction.

5. **List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.**

   Defendant Amwest anticipates joining Strong Hold Masonry, Inc. within sixty (60) days but not later than October 22, 2000.

6. **List anticipated interventions.**

   None.

7. **Describe class action issues.**

   None

8. **State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.**

   The parties have agreed to serve their respective initial disclosures by September 7, 2000.

9. **Describe the proposed agreed discovery plan, including:**

   A.   Responses to all the matters raised in Rule 26(f).

   None.

**JOINT REPORT OF THE MEETING AND JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE**                Page 2

B.  **When and to whom the plaintiff anticipates it may send interrogatories.**

Plaintiff anticipates sending interrogatories and requests for production to all Defendants within sixty (60) days but not later than October 23, 2000.

C.  **When and to whom the defendant anticipates it may send interrogatories.**

Defendant Centex anticipates sending interrogatories and request for production to Plaintiff and Co-Defendants within sixty (60) days but not later than October 23, 2000.

Defendant Seaboard anticipates sending interrogatories and request for production to Plaintiff and Co-Defendants within sixty (60) days but not later than October 23, 2000.

Defendant Amwest anticipates sending interrogatories and request for production to Plaintiff and Co-Defendants within sixty (60) days but not later than October 23, 2000.

D.  **Of whom and by when the plaintiff anticipates taking oral depositions.**

Plaintiff anticipates taking the depositions of Defendants' representatives within nine (9) months but not later than May 22, 2001.

E.  **Of whom and by when the defendant anticipates taking oral depositions.**

Defendant Centex anticipates taking the depositions of representatives of Plaintiff, Co-Defendant and Strong Hold Masonry, Inc. within nine (9) months but not later than May 22, 2001.

Defendant Seaboard anticipates taking the depositions of representatives of Plaintiff, Co-Defendant and Strong Hold Masonry, Inc. within nine (9) months but not later than May 22, 2001.

Defendant Amwest anticipates taking the depositions of representatives of Plaintiff, Co-Defendants and Strong Hold Masonry, Inc. within nine (9) months but not later than May 22, 2001.

F. **List expert depositions the plaintiff anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

Unless expert witnesses are designated, Plaintiff does not anticipate taking any expert witness depositions. The parties agree to reserve the right to depose any designated experts.

G. **List expert depositions the defendant anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

Unless expert witnesses are designated, Defendants do not anticipate taking any expert witness depositions. The parties agree to reserve the right to depose any designated experts.

10. **If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

The parties are agreed.

11. **Specify the discovery beyond initial disclosures that has been undertaken to date.**

None

12. **State the date the planned discovery can reasonably be completed.**

Twelve (12) months but not later than August 22, 2001.

13. **Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.**

Mediation is contemplated to occur after initial discovery is completed.

14. **Describe what each party has done or agreed to do to bring about a prompt resolution.**

The parties discussed mediation and settlement

15. **From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.**

Mediation.

<u>**JOINT REPORT OF THE MEETING AND JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE**</u>    Page 4

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before the magistrate judge.

    The parties are currently not in agreement as to trial before a magistrate.

17. State whether a jury demand has been made and if it was made on time.

    Jury demand was not made.

18. Specify the number of hours it will take to present the evidence in this case.

    Plaintiff anticipates 10 hours. Defendants Centex and Seaboard anticipates 6 hours. Defendant Amwest anticipates 6 hours.

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    Rule 12(b)(3) and Rule 12(b)(6) Motions of Amwest Surety Insurance Company.

20. List other motions pending.

    Defendant Amwest anticipates filing a Motion for Leave to Add Strong Hold Masonry, Inc. as a party.

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

    None.

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

**Counsel for Plaintiff:**

**REID & ASSOCIATES, P.C.**
Providence Tower, Suite 255W
5001 Spring Valley Road
Dallas, Texas 75244
Telephone: (972) 991-2626
Facsimile: (972) 991-2678

WILLIAM E. REID
State Bar No. 16748500
F. MARIANNE MATTHEWS
State Bar No. 13223100

**LAW OFFICE OF HORACIO L. BARRERA**
1201 East Van Buren
Brownsville, Texas 78520
Telephone: (956) 546-7159
Facsimile: (956) 544-0602

By: /s/ Horacio L. Barrera
HORACIO L. BARRERA
Federal Bar No. 2801
SBOT: 01805800

**Counsel for Defendants Centex and Seaboard:**

**CANTERBURY, STUBER, EDLER, GOOCH & SURRATT**
One Lincoln Centre
5400 LBJ Freeway, Suite 1300
Dallas, Texas 75240-6254
Telephone: (972) 239-7493
Facsimile: (972) 490-7739

By: /s/ David G. Surratt
DAVID G. SURRATT
State Bar No. 19519200

**JOINT REPORT OF THE MEETING AND JOINT DISCOVERY/CASE
MANAGEMENT PLAN UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE**   Page 6

Counsel for Defendant Amwest:

**COATS, ROSE, YALE, RYMAN & LEE, P.C.**
800 First City Tower
1001 Fannin Street
Houston, Texas 77002-6707
Telephone: (713) 651-0111
Facsimile: (713) 651-0220

By: _____
    NANCY HESSE HAMREN
    State Bar No. 09549430
    TODD LONERGAN
    State Bar No. 12513700

JOINT REPORT OF THE MEETING AND JOINT DISCOVERY/CASE
MANAGEMENT PLAN UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE     Page 7

TOTAL P.02