IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE OF AMS CONSTRUCTION COMPANY, INC., d/b/a AMS STAFF LEASING, | § § § § § | |
| Plaintiff, | § § | NO. B-00-062 |
| v. | § § | |
| CENTEX CONSTRUCTION COMPANY, INC., SEABOARD SURETY COMPANY, and AMWEST SURETY INSURANCE COMPANY, | § § § § § § | |
| Defendants. | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to the Local Rule 1(k) of the United States District Court for the Southern District of Texas, Plaintiff AMS Construction Company, Inc. d/b/a AMS Staff Leasing ("Plaintiff") by and through its undersigned counsel, respectfully files this Motion for Admission *Pro Hac Vice* for F. Marianne Matthews, State Bar No. 13223100, of Reid & Associates, and in support thereof state the following:

1. Plaintiff requests that this Court permit F. Marianne Matthews of the law firm of Reid & Associates, Providence Towers, Suite 255W, 5001 Spring Valley Road, Dallas, Texas 75244, telephone number (972) 991-2626, facsimile number (972) 991-2678, to be attorney-in-charge in association with local counsel, Horacio L. Barrera, 1201 East Van Buren, Brownsville, Texas 78520, telephone number (956) 546-7159, facsimile number (956) 544-0602.

association with local counsel, Horacio L. Barrera, 1201 East Van Buren, Brownsville, Texas 78520, telephone number (956) 546-7159, facsimile number (956) 544-0602.

2.  Ms. Matthews is an attorney licensed to practice in the State of Texas and before the United States District Court for the Northern District of Texas. Ms. Matthews is in good standing with the State Bar of Texas and the United States District Court for the Northern District of Texas.

3.  Ms. Matthews wishes to be admitted *pro hac vice* before this Court for the sole purpose of representing the Plaintiff in this matter.

4.  Ms. Matthews is familiar with the Local Rules of the United States District Court for the Southern District of Texas and will at all times abide by and comply with the same so long as such proceeding is pending herein.

5.  Ms. Matthews represents to the Court that she has not been convicted of a felony or a misdemeanor involving moral turpitude nor has she been the subject of any disciplinary action by a court of record.

6.  Ms. Matthews and/or Plaintiff's local counsel, Horacio L. Barrera, can be available for hearings or other matters requiring actual presence of counsel before this Court.

FOR THESE REASONS, the undersigned respectfully requests this Court to enter an Order granting her leave to be admitted *pro hac vice* in the above-styled case.

Respectfully submitted,

**LAW OFFICE OF HORACIO L. BARRERA**
HORACIO L. BARRERA
Federal Bar No. 2801
1201 East Van Buren
Brownsville, Texas 78520
Telephone: (956) 546-7159
Facsimile: (956) 544-0602

**REID & ASSOCIATES, P.C.**
Providence Tower, Suite 255W
5001 Spring Valley Road
Dallas, Texas 75244
Telephone: (972) 991-2626
Facsimile: (972) 991-2678

By: *F. Marianne Matthews*
WILLIAM E. REID
State Bar No. 16748500
F. MARIANNE MATTHEWS
State Bar No. 13223100

## CERTIFICATE OF CONFERENCE

This is to certify that on August 30, 2000, counsel for Defendants, David Surratt and Todd Lonergan, have been contacted regarding the contents of this Motion. Mr. Surratt and Mr. Lonergan do not oppose this motion.

*F. Marianne Matthews*
F. Marianne Matthews

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing instrument was forwarded to counsel of record below on the 1st day of September, 2000, in accordance with the Federal Rules of Civil Procedure.

Horatio L. Barrera
1201 East Van Buren
Brownsville, Texas 78520

David G. Surratt, Esq.
Canterbury, Stuber, Edler, Gooch & Surratt
One Lincoln Centre
5400 LBJ Freeway, Suite 1300
Dallas, Texas 75240-6254

Todd Lonergan, Esq.
Coats, Rose, Yale, Ryman & Lee, P.C.
800 First City Tower
1001 Fannin
Houston, Texas 77002-6707


_____
F. MARIANNE MATTHEWS