IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 07 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| THE UNITED STATES OF AMERICA FOR § <br> THE USE OF AMS CONSTRUCTION § <br> COMPANY, INC. d/b/a AMS STAFF § <br> LEASING, § <br> § <br> VS. § <br> § <br> CENTEX CONSTRUCTION COMPANY, § <br> INC., SEABOARD SURETY COMPANY, § <br> and AMWEST SURETY INSURANCE § <br> COMPANY § | NO. B-00-0062 |

**UNOPPOSED MOTION FOR TELEPHONIC CONFERENCE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Amwest Surety Insurance Company, one of the Defendants, and would file the following Unopposed Motion for Telephonic Conference:

1. The above matter is scheduled for pretrial conference on September 11, 2000, at 1:30 p.m. in the courtroom located on the third floor of the United States Courthouse located at 600 East Harrison Street, No. 306, Brownsville, Texas. All of the attorneys representing the parties are either from Dallas, Texas, or Houston, Texas. The parties would request that the Court allow the attorneys to appear for the conference by telephone in order to avoid the expense to their clients of having to travel from Dallas and Houston to attend the pretrial conference. All parties have discussed this and agree that the motion is not opposed by any party and is in the best interest of all parties to this matter.

WHEREFORE, PREMISES CONSIDERED, the Defendant, Amwest Surety Insurance Company prays that upon the hearing of this matter, that the Court enter an

2451.62\234653.1 TLONERGAN

order allowing the parties to appear for the September 11, 2000 pretrial conference by telephone.

Respectfully submitted,

_____
Nancy Hesse Hamren
S.D.O.T. #3694
TBA #09549430
Todd M. Lonergan
S.D.O.T. #7710
TBA #12513700
800 First City Tower
1001 Fannin Street
Houston, Texas 77002-6707
Telephone: (713) 651-0111
Facsimile: (713) 651-0220

ATTORNEYS FOR DEFENDANT/
CROSS-DEFENDANT AMWEST
SURETY INSURANCE COMPANY

OF COUNSEL:
COATS, ROSE, YALE,
RYMAN & LEE, P.C.

## CERTIFICATE OF CONFERENCE

On the 6th day of September, 2000, counsel for Defendant, Amwest Surety Insurance Company, discussed the foregoing motion with David Surratt, counsel for Defendants, Centex Construction Company, Inc. and Seaboard Surety Company, and he indicated that he was not opposed to the motion. Counsel for Defendant, Amwest Surety Insurance Company, discussed the foregoing motion with Marianne Matthews, attorney for the Plaintiff, AMS Construction Company, Inc., d/b/a AMS Staff Leasing, on September 7, 2000, and she indicated that she was not opposed to the motion.

_____
TODD M. LONERGAN

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing on the following parties by certified mail, return receipt requested on this ___7___ day of September, 2000:

Mr. William E. Reid
Reid & Associates, P.C.
Providence Tower, Suite 255W
5001 Spring Valley Road
Dallas, Texas 75244

Horacio L. Barrera
Law Office of Horacio L. Barrera
1201 East Van Buren
Brownsville, Texas 78520

David G. Surratt
Canterbury, Stuber, Edler, Gooch & Surratt
One Lincoln Centre
5400 LBJ Freeway, Suite 1300
Dallas, Texas 75240-6254

_____
TODD M. LONERGAN

2451.02234653.1 TLONERGAN                       3

## COATS, ROSE, YALE, RYMAN & LEE

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
800 FIRST CITY TOWER
1001 FANNIN
HOUSTON, TEXAS 77002-6707

TELEPHONE (713) 651-0111
TELECOPIER (713) 651-0220

TODD M. LONERGAN
OF COUNSEL

tlonergan@coatsrose.com
DIRECT DIAL
(713) 653-7316

# FACSIMILE TRANSMITTAL PAGE

| | |
|---|---|
| DATE: September 7, 2000 | RECIPIENT'S FAX # (956) 548-2598 |
| TO: Stella Cavazos, Court Coordinator | |
| NO. OF PAGES (including cover page): | |
| CLIENT/MATTER NO.: 2451.62 | |
| FROM: [illegible] | SENDER'S PHONE NO: [illegible] |
| MESSAGE: No. B-00-0062; *The United States of America for the Use of AMS Construction Company, Inc., d/b/a AMS Staff Leasing vs. Centex Construction Company, Inc., Seaboard Surety Company, and Amwest Surety Insurance Company*; In the United States District Court for the Southern District of Texas, Brownsville Division | |

If this FAX transmission is illegible or you do not receive all pages, please call the sender at the number above.

If you wish to respond, use FAX No. (713) 651-0220

The information contained in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially by only the individual named above. If the reader of this TRANSMITTAL PAGE is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this FAX or the information contained herein is prohibited. If you have received this FAX in error, please immediately notify the sender by telephone and return this FAX to the sender at the above address. Thank you.