24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 7 2000

Michael N. Milby
By Deputy Clerk

| | | |
|---|---|---|
| The United States of America for the Use of AMS Construction Co., Inc. d/b/a AMS Staff Leasing | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. B-00-062 |
| v. | § § | |
| Centex Construction Co., Inc., et al, | § § § | |
| Defendants. | § | |

**ORDER**

BE IT REMEMBERED, that on September 7, 2000, the Court **GRANTED** the Parties' Motion to Appear via Teleconference for the initial pretrial conference set for September 11, 2000, and the Plaintiff's Unopposed Motion for Admission *Pro Hac Vice* [Dkt. No. 22].

DONE at Brownsville, Texas, this 7th day of September 2000.

_____
Hilda G. Tagle
United States District Judge