25

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

SEP 6  2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE OF AMS CONSTRUCTION COMPANY, INC. d/b/a AMS STAFF LEASING, | § § § § § |
| **Plaintiff,** | § § |
| v. | § § |
| CENTEX CONSTRUCTION COMPANY, INC., SEABOARD SURETY COMPANY, and AMWEST SURETY INSURANCE COMPANY, | § § § § § |
| **Defendants.** | § § |

NO. B-00-062

## PLAINTIFF'S INITIAL DISCLOSURE STATEMENT PURSUANT TO RULE 26(a)

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Plaintiff AMS Construction Company, Inc. d/b/a AMS Staff Leasing ("AMS") serves the following Initial Disclosure Statement ("Disclosure Statement").

Plaintiff reserves the right to supplement or amend its Disclosure Statement in accordance with, and as provided for, in the Federal Rules of Civil Procedure. Furthermore, Plaintiff intends to assert any and all privileges, immunities and exemptions including, but not limited to, the Attorney-Client Privilege, Work Product Doctrine, Witness Statement Privilege or Party Communications Doctrine. Plaintiff's revelation of any matter covered by privilege, protection or exemption is inadvertent and not intended to waive any right. Subject to these privileges, immunities, objections and limitations, Plaintiff, upon information and belief, discloses the following:

## A.

### Person's Likely to Have Discoverable Information Relevant to Disputed Facts

1.  Custodian of Records
    The United States of America
    Plaintiff for the Use of AMS Construction Company, Inc. d/b/a AMS Staff Leasing.

2.  AMS Construction Company, Inc. d/b/a
        AMS Staff Leasing
    Custodian of Records
    14160 Dallas Parkway, Suite 700
    Dallas, Texas 75240
    972-404-1615
    Plaintiff.

3.  Centex Construction Company, Inc.
    Custodian of Records
    700 Paredes Line Road, Suite 300A
    Brownsville, Texas 78521
    Telephone number unknown.
    Defendant. General contractor.

4.  Seaboard Surety Company
    Custodian of Records
    P.O. Box 751
    West Minster, New Jersey
    Telephone number unknown
    Defendant. Surety for general contractor.

5.  Amwest Surety Insurance Company
    Custodian of Records
    P.O. Box 4500
    Woodland Hills, CA 91365-4500
    Defendant. Surety for subcontractor Strong Hold Masonry, Inc.

6.    Mr. Robert Shoemaker, Asst. Claims Mgr.
      Mr. Daniel J. Dzuiba
      Mr. Tom Barber
      Custodian of Records
      Horizon Business Resources, Inc.
      5230 Las Virgenes Road
      Calabasas, CA  91302
      818-871-3700
      The authorized claims/litigation management construction consultant and subrogation agent
      retained by Amwest to handle the bond claim..

7.    Pedro Armando Gutierrez
      Sonya Gutierrez
      Custodian of Records
      Strong Hold Masonry, Inc.
      RR 2, Box 112H
      Mission, Texas 78572
      956-584-7901
      Subcontractor of Centex Construction.

8.    Mr. Dave Wood
      AMS Staff Leasing
      14160 Dallas Parkway, Suite 700
      Dallas, Texas 75240
      972-404-1615
      President of AMS.

9.    Mr. Clay Bingham
      102 Falcon Creek
      McKinney, Texas  75070
      214-726-1085
      Former General Manager of AMS.

10.   Bill Sprague, Project Manager
      Charlie Davis, Construction Manager
      Centex Construction Company, Inc.
      10150 Monroe Dr.
      P.O. Box 299009
      Dallas, Texas  75229
      214-902-2661
      Mr. Sprague is the project manager and Mr. Davis is the construction manager for Centex.

11.    U.S. Federal Courthouse
Custodian of Records
105 Federal Building
500 East 10th Street
Brownsville, Texas 78520
210-548-2500
May have knowledge regarding the government project of the Federal Courthouse, contract with Centex and payment bond issued.

12.    William E. Reid
Providence Towers, Suite 255W
5001 Spring Valley Road
Dallas, Texas 75244
(972) 991-2626
Mr. Reid is counsel of record for Plaintiff and possesses information and knowledge on the limited issue of attorneys' fees.

In addition to the fact witnesses identified above, Plaintiff plans to call representatives and experts of Defendants, and any other person or entity disclosed by Defendants in their Initial Disclosure Statement, including any person or entity disclosed in any supplemental or amended disclosure statement. Plaintiff hereby incorporates by reference Defendants' Initial Disclosure Statement and all supplemental or amended disclosures for all purposes. Plaintiff reserves the right to supplement this disclosure.

## B.

### Tangible Evidence and Relevant Documents

1.    Payment Bond issued to Strong Hold Masonry, Inc. by Amwest Surety Insurance Company.

2.    AMS' Certified Payroll records for the U.S. Federal Courthouse in Brownsville, Texas.

3.    AMS Invoices to Strong Hold Masonry, Inc. for the U.S. Federal Courthouse in Brownsville, Texas

4.    Notice of Claim letter dated 5/15/99 from Clay Bingham of AMS Staff Leasing to Centex Construction Company, Strong Hold Masonry, Inc. and Horizon Business Resources.

5.    Employee Leasing Agreement between AMS Strong Hold Masonry, Inc.

6.    Joint Check Payment Agreement between AMS, Strong Hold Masonry, Inc. and Centex Construction Company.

7.    Reconciliation of account for Strong Hold Masonry, Inc. for the U.S. Federal Courthouse in Brownsville, Texas.

---

8.    Letter from Pedro Guiterrez at Strong Hold Masonry, Inc. to AMS.

9.    Letter dated 5/24/99 from Horizon Business Resources to Reid & Associates.

10.   Letter dated 12/28/99 from Horizon Business Resources to Clay Bingham at AMS.

11.   Letter dated 1/31/00 from Horizon Business Resources to Pedro Gutierrez of Strong Hold Masonry, Inc.

12.   Facsimile Memo dated 2/18/00 from Bill Sprague at Centex Construction to Clay Bingham at AMS.

13.   Letter dated 2/22/00 from Pedro Gutierrez of Strong Hold Masonry, Inc. to Bill Sprague and Charlie Davis of Centex Construction.

14.   Check dated 3/16/99 in the amount of $43,262.38 from Centex Construction made payable to Strong Hold Masonry and AMS Staff Leasing.

15.   Any and all interrogatories exchanged in this matter and any and all responses and attachments thereto.

16.   Any and all requests for admissions and any and all responses and attachments thereto.

17.   Any and all requests for production of documents or things and any and all responses and attachments thereto.

18.   Any and all depositions and any exhibits attached thereto.

19.   All documents to be created by Defendants' experts or representatives relating to Plaintiff's claims.

20.   All documents in Defendants' possession, custody or control.

21.   All exhibits listed by Plaintiff.

22.   All exhibits listed by Defendants.

      Plaintiff has produced all relevant, non-privileged documents in its possession, custody or control.

## C.

### Damages

Plaintiff may include, but not be limited to, any or all of the following:

1.    Damages in the amount of $229,210.64; and

2.    Reasonable Attorney's fees.

The witnesses identified above, including, but not limited to, those persons Defendants identify in their Initial Disclosure Statement and all supplemental disclosures to same, may offer testimony regarding damages.

Plaintiff reserves the right to supplement this disclosure.

## D.

### Insuring Agreements

Not applicable.

## E.

### Anticipated Expert Witnesses

At this time, Plaintiff discloses the following:

1.    William E. Reid
      Providence Tower, Suite 255W
      5001 Spring Valley
      Dallas, Texas 75244
      (972) 991-2626
      Mr. Reid is counsel of record for Plaintiff and possess information and knowledge on the limited issue of attorneys' fees.

Plaintiff reserves the right to supplement this disclosure.

DATED this _____ day of September, 2000.

Respectfully submitted,

**REID & ASSOCIATES**
Providence Tower, Suite 255W
5001 Spring Valley Road
Dallas, Texas 75244
Telephone:     (972) 991-2626
Facsimile:     (972) 991-2678

WILLIAM E. REID
State Bar No. 16748500
F. MARIANNE MATTHEWS
State Bar No. 13223100

**LAW OFFICE OF HORACIO L. BARRERA**
1201 East Van Buren
Brownsville, Texas  78520
Telephone:     (956) 546-7159
Facsimile:     (956) 544-0602

By: _____
       Horacio L. Barrera
       Federal Bar No. 2801
       State Bar no. 01705800

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record on this the _6th_ day of September, 2000, in accordance with the Federal Rules of Civil Procedure.

David G. Surratt, Esq.
Canterbury, Stuber, Edler, Gooch & Surratt
One Lincoln Centre
5400 LBJ Freeway, Suite 1300
Dallas, Texas 75240-6254

Todd Lonergan, Esq.
Coats, Rose, Yale, Ryman & Lee, P.C.
800 First City Tower
1001 Fannin
Houston, Texas 77002-6707

Horacio L. Barrera