28

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

SEP 11 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas  ■ Koerner |
| DATE | 09 — 11 — 00 |
| TIME | ☐ a.m. / 1:55 p.m. — ☐ a.m. / 2:55 p.m. |
| CIVIL ACTION | B — 00 — 062 |
| STYLE | U.S.A. for Use of AMS Construction Co., Inc.  *versus*  Centex Construction Co., et al, |

## DOCKET ENTRY

**(HGT) Initial Pretrial Conference;**   ☐ Motion Hearing;   (Rptr. Breck Record )

Horacio Barrera           for     Ptf. #_____

David G. Surratt          for     Defts. Centex Construction Co., Inc. and Seaboard Surety Co.

Todd Lonergan            for     Deft. Amwest Surety Insurance Co.

☐ All motions not expressly decided are denied without prejudice.

☐ Evidence taken [exhibits or testimony].

☐ Argument heard on:    ☐ all pending motions;     ☐ Following motions

■ Motions taken under advisement:

1. 12(b)(3) motion of Amwest Surety Insurance Co. [Dkt. No. 7]. *The other portions of Dkt. No. 7 have been withdrawn*

■ Orders to be entered.

1. Order on Rule 12(b)(3) motion of Amwest Surety Insurance Co. [Dkt. No. 7].

2. Scheduling order.

☐ Miscellaneous review set: _____

Comments:

1. Defendant Amwest <u>withdrew</u> its motion to dismiss based on subject matter jurisdiction [*FRCP 12(b)(1)*] and its motion to dismiss based on failure to state a claim [*FRCP 12(b)(6)*]. It has not withdrawn its motion to dismiss for

1

improper venue.

2. The Parties stated that they decided on August 22, 2001 as the date to complete discovery, and not an earlier date, because Defendant Amwest intends to implead Strong Hold Masonry, and it will be difficult to foresee what issues will come up because of that.

3. The Defendant agreed that if the Court so wishes it will withdraw its motion to dismiss for improper venue, if it can preserve its objection. The Plaintiff was unopposed to proceeding in this manner. The venue issues are intertwined with the merits, and the Parties represented that they will be able to present a clearer picture once Strong Hold Masaonry is impled as a Party and some depositions are done.

4. Defendant Amwest stated that it mailed a motion for leave to join Strong Hold Masonry to the Clerk's Office today.

5. The Parties agree that the laborers at issue were working on the construction of the courthouse, and not on an "energy upgrade" as stated in the Plaintiff's complaint.

6. Centex alleged that Strong Hold was required to obtain written permission from Centex in order to subcontract any work, and it did not request permission to hire the Plaintiff.

7. The Parties do not dispute that the laborers were paid their wages, AMS' claim is for the amount it allegedly paid to the laborers.

8. The Plaintiff stated that it has not and will not make a jury demand. If the case goes to trial, it will be a bench trial that will not last more than three days.