IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA § | | |
| FOR THE USE OF AMS CONSTRUCTION § | | |
| COMPANY, INC., D/B/A AMS STAFF § | | |
| LEASING § | | |
| PLAINTIFF, § | CIVIL ACTION NO. B-00-062 | |
| § | | |
| VS, § | | |
| § | | |
| CENTEX CONSTRUCTION COMPANY § | | |
| INC., SEABOARD SURETY § | | |
| INSURANCE COMPANY, § | | |

**PLAINTIFF'S NOTICE OF APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, THE UNITED STATES OF AMERICA FOR THE USE OF AMS CONSTRUCTION COMPANY, INC., D/B/A AMS STAFF LEASING and files its Plaintiff's Notice of Appearance, and would respectfully show the Court as follows:

I.

THE UNITED STATES OF AMERICA FOR THE USE OF AMS CONSTRUCTION COMPANY, INC., D/B/A AMS STAFF LEASING, hereby advised the Court and all counsel of record of the appearance of Mr. Horacio L. Barrera for AMS STAFF LEASING. Counsel for Plaintiff may be served with all notices, correspondence and pleadings as follows:

    Mr. Horacio L. Barrera
    Martinez y Barrera
    1201 E. Van Buren
    Brownsville, Texas 78520
    SBN 01805800
    Telephone (956) 546-7159
    Facsimile (956) 544-0603

Filed stamp: United States District Court, Southern District of Texas, SEP 26 2000, Michael N. Milby, Clerk of Court

WHEREFORE, the undersigned counsel, respectfully request that all future notices, correspondence and pleadings be served upon the undersigned as Plaintiff's attorney as indicated above.

Respectfully submitted,

**Horacio L. Barrera**
I.D. Bar # 2801
State Bar # 01805800
Martinez & Barrera, L.L.P.
1201 East Van Buren
Brownsville, TX 78520
(956)564-7159
(956)544-0602 Fax
Attorney For Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been served by the method indicated below to all parties on this the ___26th___ day of September, 2000.

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**:

Stan L. Pfeiffer
PFEIFFER, VACEK, PFEIFFER
10260 Westheimer
Suite 700
Houston, Texas 77042

Randal Crane
201 S. Sam Houston
San Benito, Texas 78586

Frank Costilla
5 East Elizabeth
Brownsville, Texas 78520

James A. Williams
7502 Greenville Avenue, Suite 500
Dallas, Texas 75231

_____
Horacio L. Barrera