United States District Court
Southern District of Texas
FILED

OCT 1 1 2000

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

U.S.A. FOR THE USE OF AMS Construction §
CO., INC. d/b/a AMS STAFF LEASING      §
*versus*                               §          CIVIL ACTION B- *00-062*
CENTEX Construction, INC., ET AL       §
                                       §

## Scheduling Order

1. Trial: Estimated time to try: __3__ days.                    ☒ Bench     ☐ Jury

2. New parties must be joined by:                                        *10/22/00*

      *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     *12/22/00*

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                                       *6/10/01*

      *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
      *No continuance will be granted because of information acquired in post-deadline discovery.*

*************************   The court will provide these dates.   *************************

6. Dispositive Motions will be filed by:                                 *7/6/01*

7. Joint pretrial order is due:                                          *10/15/01*

      *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    *11/1/01*

9. Jury Selection is set for 9:00 a.m. on:                               _____

The case will remain on standby until tried.

      Signed *October 11*_____, 2000, at Brownsville, Texas.

                                                Hilda G. Tagle
                                          United States District Judge

*Counsel, please sign on the back.*