

A Professional Corporation
Attorneys at Law

Email: cscg@canterburylaw.com
Website: www.canterburylaw.com

34

One Lincoln Centre
5400 LBJ Freeway, Suite 1300
Dallas, Texas 75240
Telephone: (972) 239-7493
Facsimile: (972) 490-7739

United States District Court
Southern District of Texas
FILED

OCT 1 9 2000

Michael N. Milby
Clerk of Court

October 12, 2000

Via Facsimile - (972)991-2678
F. Marianne Matthews, Esq.
REID & ASSOCIATES, P.C.
Providence Tower, Suite 255 W
5001 Spring Valley Road
Dallas, Texas 75244

Via Facsimile - (713)651-0220
Todd M. Lonergan, Esq.
COATS, ROSE, YALE, RYMAN & LEE
800 First City Tower
1001 Fannin
Houston, Texas 77002-6707

Re: The United States of America for the Use of AMS Construction Company, Inc. d/b/a AMS Staff Leasing vs. Centex Construction Company, Inc., Seaboard Surety Company and Amwest Surety Insurance Company; *In the United States District Court for the Southern District of Texas - Brownsville Division;* Case No. B-00-062

Dear Ms. Matthews and Mr. Lonergan,

As per our agreement, it is my understanding that we have agreed to a fourteen (14) day extension for all parties to produce copies of the documents identified in their Initial Discovery Disclosures in the above referenced matter. Therefore, the attorneys of record have agreed to extend the original response deadline of October 12, 2000 to October 26, 2000.

If this is your understanding, please sign below and fax back to this office, so that I may file it with the Court. Thank you for your cooperation in this matter.

Very truly yours,

J. Todd Weber

JTW/hh

AGREED:

_____
F. Marianne Matthews

_____
Todd M. Lonergan

TOTAL P.01



A Professional Corporation
Attorneys at Law

Email: cscg@canterburylaw.com
Website:www.canterburylaw.com

One Lincoln Centre
5400 LBJ Freeway, Suite 1300
Dallas, Texas 75240
Telephone: (972) 239-7493
Facsimile: (972) 490-7739

October 12, 2000

**Via Facsimile - (972)991-2678**
F. Marianne Matthews, Esq.
REID & ASSOCIATES, P.C.
Providence Tower, Suite 255 W
5001 Spring Valley Road
Dallas, Texas 75244

**Via Facsimile - (713)651-0220**
Todd M. Lonergan, Esq.
COATS, ROSE, YALE, RYMAN & LEE
800 First City Tower
1001 Fannin
Houston, Texas 77002-6707

Re: The United States of America for the Use of AMS Construction Company, Inc. d/b/a AMS Staff Leasing vs. Centex Construction Company, Inc., Seaboard Surety Company and Amwest Surety Insurance Company; *In the United States District Court for the Southern District of Texas - Brownsville Division;* Case No. B-00-062

Dear Ms. Matthews and Mr. Lonergan,

As per our agreement, it is my understanding that we have agreed to a fourteen (14) day extension for all parties to produce copies of the documents identified in their Initial Discovery Disclosures in the above referenced matter. Therefore, the attorneys of record have agreed to extend the original response deadline of October 12, 2000 to October 26, 2000.

If this is your understanding, please sign below and fax back to this office, so that I may file it with the Court. Thank you for your cooperation in this matter.

Very truly yours,

J. Todd Weber

JTW/hh

AGREED:

_____
F. Marianne Matthews

_____
Todd M. Lonergan