35

AUTHORIZED OFFICER'S RETURN

CASE #: B-00-062                                                    COURT

Came to hand on the __4__ day of __October__, ~~1999~~ 2000 at __3:03__ o United States District Court Southern District of Texas FILED

Documents received for service:

**SUMMONS IN A CIVIL CASE; THIRD PARTY PETITION; EXHIBIT(S)**

NOV 16 2000

Michael N. Milby
Clerk of Court

Executed on the __25__ day of __October__, ~~1999~~ 2000 at __3:45__ o'clock __P__.M.

Executed at __5 ½ Miles North Bryan Road Misson, TX 78572__

_____ within the County of __Hidalgo__ by delivering

to: **Stronghold Masonry, Inc.**
    **By Delivery To Mr. Pedro A. Gutierrez**

a true copy of the documents listed above having first endorsed on the date of delivery in the following manner:

__✓__ by delivering to the above in person.
____ (Substitute Service) per Rule 106/536 Order by delivering to:_____ in person the age of sixteen then residing therein, to wit:
____ by posting; by securely affixing to the main door at the above address, per Rule 106/536 Order.
____ by delivering them to an officer or managing agent whose name and title is:
____ Other: _____

Not Executed for the following reasons:_____

I, am over the age of eighteen, not a party to nor interested in the outcome of the above numbered suit and am authorized by written order of the court to serve citations and other notices.

Service Fee $ __55—__          *Beatrice Cantu*
                                Printed Name: __Beatrice Cantu__
                                Authorized Person / Constable / Sheriff
                                OR#/ID#_____

STATE OF TEXAS      }

VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct. Given my hand and seal of office on this the __25__ day of __October__, 2000.

*Cynthia C. Cantu*
NOTARY PUBLIC SIGNATURE
**CYNTHIA C. CANTU**
NOTARY PUBLIC
State of Texas
Comm. Exp 03-21-2001

PCP Inv. # V1000   9

AO 440 (Rev 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN  District of  TEXAS

BROWNSVILLE DIVISION

THE UNITED STATES OF AMERICA FOR THE
USE OF AMS CONSTRUCTION COMPANY, INC.
d/b/a AMS STAFF LEASING
V.
CENTEX CONSTRUCTION COMPANY, INC.,
SEABOARD SURETY COMPANY, AND AMWEST
SURETY INSURANCE COMPANY

## SUMMONS IN A CIVIL CASE

CASE NUMBER: B-00-062

TO: (Name and address of Defendant)

Strong Hold Masonry, Inc.,
c/o Mr. Pedro A. Gutierrez
712 West Expressway 83
Building C
Pharr, Hidalgo County, Texas

Third-Party

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Todd M. Lonergan
Coats, Rose, Yale, Ryman & Lee, P.C.
800 First City Tower
1001 Fannin Street
Houston, Texas 77002-6707

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                    9-20-00

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____

**PROCESS SERVED AFFIDAVIT ATTACHED**

☐ Other (specify): _____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　　Date　　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

AO 440 (Rev. 10/93) Summons in a Civil Action

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 0 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| THE UNITED STATES OF AMERICA § <br> FOR THE USE OF AMS § <br> CONSTRUCTION COMPANY, INC., § <br> d/b/a AMS STAFF LEASING § <br> § <br> V. § <br> § <br> CENTEX CONSTRUCTION COMPANY, § <br> INC., SEABOARD SURETY COMPANY. § <br> and AMWEST SURETY INSURANCE § <br> COMPANY § | NO. B-00-062 |

## THIRD PARTY PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Amwest Surety Insurance Company, Inc., Defendant and Third Party Plaintiff, and would file the following Third Party Petition, complaining of Strong Hold Masonry, Inc.:

1.  Amwest Surety Insurance Company, Inc., Defendant and Third Party Plaintiff, has appeared and answered herein.

Strong Hold Masonry, Inc. is a Texas corporation, and may be served with process in this matter by delivering a copy of the Third Party Petition to Mr. Pedro A. Gutierrez at his principal place of business, 712 West Expressway 83, Building C, Pharr, Hidalgo County, Texas.

2.  The Third Party Plaintiff, Amwest Surety Insurance Company, issued a bond to the Third Party Defendant, Strong Hold Masonry, Inc., to assure payment by Strong Hold Masonry, Inc., to contractors and suppliers on the federal courthouse at Brownsville, Texas. A copy of the bond is attached as Exhibit "A" to this petition. AMS Construction Company, Inc., d/b/a AMS Staff Leasing has filed a claim against the bond and has

brought suit against Amwest Surety Insurance Company claiming that it is entitled to recover on the bond for money owed to them by Strong Hold Masonry, Inc., as a result of having provided labor to Strong Hold Masonry, Inc. on the Brownsville federal courthouse project.

3. Although Amwest Surety Insurance Company, Third Party Plaintiff, expressly denies that AMS Construction Company, Inc. is entitled to recover under the bond, in the unlikely event that the Court determines that AMS Construction Company, Inc., is entitled to recover from Amwest Surety Insurance Company, the terms of the bond issued to Strong Hold Masonry, Inc., provides that Amwest Surety Insurance Company is entitled to indemnity from its principal on the bond, Strong Hold Masonry, Inc.

WHEREFORE, PREMISES CONSIDERED, the Third Party Plaintiff, Amwest Surety Insurance Company, prays that the Third Party Defendant, Strong Hold Masonry, Inc., be required to appear and answer herein, and that upon the trial of this matter, Amwest Surety Insurance Company have full and complete indemnity against the Third Party Defendant, Strong Hold Masonry, Inc., in the unlikely event that a judgment is rendered in favor of the Plaintiff, AMS Construction Company, Inc., d/b/a AMS Staff Leasing, against the Third Party Plaintiff, Amwest Surety Insurance Company, and that Amwest Surety Insurance Company recover such other and further relief as it may show itself to be entitled, including but not limited to, prejudgment and postjudgment interest, costs of court, and attorneys' fees, where applicable.

Respectfully submitted,

_____
Nancy Hesse Hamren
TBA #09549430
Fed. I.D. #3694
Attorney in Charge

Todd M. Lonergan
TBA #12513700
Fed. I.D. #7710
800 First City Tower
1001 Fannin Street
Houston, Texas 77002-6707
Telephone:  (713) 651-0111
Facsimile:  (713) 651-0220

**ATTORNEYS FOR DEFENDANT
AMWEST SURETY INSURANCE COMPANY**

OF COUNSEL:
COATS, ROSE, YALE, RYMAN & LEE, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing on the following parties by certified mail, return receipt requested on this 15th day of September, 2000:

Mr. William E. Reid
Reid & Associates, P.C.
Providence Tower, Suite 255W
5001 Spring Valley Road
Dallas, Texas 75244

Horacio L. Barrera
Law Office of Horacio L. Barrera
1201 East Van Buren
Brownsville, Texas 78520

David G. Surratt
Canterbury, Stuber, Edler, Gooch & Surratt
One Lincoln Centre
5400 LBJ Freeway, Suite 1300
Dallas, Texas 75240-6254

_____
TODD M. LONERGAN