3.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| The United States of America for the Use of AMS Construction Company, Inc., d/b/a AMS Staff Leasing, | § § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. B-00-62 |
| Centex Construction Company, Inc., et al, | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on May 8, 2001, the Court informed the Parties that the Cameron County Bar Association will be holding a Settlement Week from June 18 to 22, 2001. The Parties are **ORDERED** to confer on whether mediation is appropriate at this juncture and inform the Court in writing by May 14, 2001 whether they have decided to participate in Settlement Week.

SIGNED on _____, May 2001 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge