39

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 24 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| The United States of America for the Use of AMS Construction Company, Inc., d/b/a AMS Staff Leasing, § § § § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. B-00-62 |
| Centex Construction Company, Inc., et al, § § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED, that on May 23, 2001, the Court **GRANTED** Plaintiff AMS Construction Company, Inc. d/b/a AMS Staff Leasing's Motion for Leave to Amend Complaint [Dkt. No. 36] filed on April 3, 2001. The certificate of conference included in the motion indicates that Defendant Centex Construction Company does not oppose the motion, but that Defendant Amwest does oppose it. Local Rule 7.3 states that "[o]pposed motions will be submitted to the judge twenty days from filing without notice from the clerk and without appearance by counsel" and Local Rule 7.4 states that " failure to respond will be taken as a representation of no opposition." More than twenty days have passed from the filing of Plaintiff's motion and no responses have been filed. The motion is therefore deemed unopposed. The Court therefore grants the Plaintiff's motion given that "leave [to amend] shall be freely given when justice so requires." Fed.R.Civ.P. 15(a). The Parties are admonished that the current scheduling order deadlines will remain in effect and will not be changed unless the Parties show good cause.

DONE, at Brownsville, Texas, this 23rd day of May of 2001.

Hilda G. Tagle
United States District Court Judge