41

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 31 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE OF AMS CONSTRUCTION COMPANY, INC. d/b/a AMS STAFF LEASING § § § § § § VS. § § CENTEX CONSTRUCTION COMPANY, § INC., SEABOARD SURETY COMPANY, § and AMWEST SURETY INSURANCE § COMPANY § | NO. B-00-0062 |

## SUPPLEMENTAL CERTIFICATE OF CONFERENCE ON MOTION TO VACATE ORDER AND/OR FOR REHEARING

Amwest Surety Insurance Company filed its Motion to Vacate Order and/or for Rehearing in connection with Plaintiff AMS's Motion for Leave to Amend Complaint previously filed herein. Subsequent to filing its Motion to Vacate Order, the undersigned counsel spoke with David Surratt, counsel for Defendants Centex Construction Company, Inc. and Seaboard Surety Company, who indicated that he was not opposed to Amwest's motion, and further, that has not received a copy of Plaintiff's Motion for Leave to Amend Complaint.

Respectfully submitted,

_____
Nancy Hesse Hamren
TBA #09549430
800 First City Tower
1001 Fannin Street
Houston, Texas 77002-6707
Telephone: (713) 651-0111
Facsimile: (713) 651-0220
ATTORNEYS FOR AMWEST SURETY
INSURANCE COMPANY

OF COUNSEL:
COATS, ROSE, YALE, RYMAN & LEE, P.C.

2451.62\264101.1 NHAMREN

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing on William E. Reid, Reid & Associates, Providence Tower, Suite 255W, 5001 Spring Valley Road, Dallas, Texas 75244; Mr. David G. Surratt, Canterbury, Stuber, Elder, Gooch & Surratt, One Lincoln Centre, 5400 LBJ Freeway, Suite 1300, Dallas, Texas 75240-6254 and Horacio L. Barrera, Martinez & Barrera, L.L.P., 1201 East Van Buren, Brownsville, Texas 78520 by certified mail, return receipt requested on this 30th day of May, 2001.

_____
Nancy Hesse Hamren