43

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE OF AMS CONSTRUCTION COMPANY, INC. d/b/a AMS STAFF LEASING | § § § § § § | |
| VS. | § § | NO. B-00-0062 |
| CENTEX CONSTRUCTION COMPANY, INC., SEABOARD SURETY COMPANY, and AMWEST SURETY INSURANCE COMPANY | § § § § § | |

## NOTICE OF ENTRY OF ORDER OF LIQUIDATION, DECLARATION OF INSOLVENCY, AND INJUNCTION AS TO AMWEST SURETY INSURANCE COMPANY

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Amwest Surety Insurance Company and files this Notice of Entry of Order of Liquidation, Declaration of Insolvency and Injunction as to Amwest Surety Insurance Company ("Amwest") and in support thereof would show:

1.  On or about June 7, 2001, in the District Court of Lancaster County, Nebraska, Amwest was declared insolvent and an Order of Liquidation was entered.

2.  A true and correct copy of the Order of Liquidation, Declaration of Insolvency, and Injunction ("Order") entered by the District Court of Lancaster County, Nebraska, is attached hereto as Exhibit "A". Attached hereto as Exhibit "B" is a press release and notice issued by the Nebraska Department of Insurance concerning the legal rights and obligations of parties dealing with Amwest. (For further information, the parties can access

2451.62\265754.1 NHAMREN

the website of the Nebraska Department of Insurance at www.nol.org/home/ndoi/notices/notice51.htm.)

3. The Order authorizes and directs the Liquidator, L. Tim Wagner, Director of Insurance for the State of Nebraska, to forthwith take possession and control of the assets of Amwest and administer them under the general supervision of the District Court of Lancaster County, Nebraska. The Order further enjoins Amwest, its directors, officers, managers, agents, employees, *and all other persons and legal entities*, except the Liquidator of Amwest, from, among other things, "*the institution or further prosecution of any actions or proceedings,*" and from "*obtaining preferences, judgments, attachments, garnishments, or liens against Amwest Surety, its assets or its policyholders.*"

4. Accordingly, the parties herein are enjoined from proceeding further in this action against Amwest.

Respectfully submitted,

_____
Nancy Hesse Hamren
TBA #09549430
Attorney-in-Charge
800 First City Tower
1001 Fannin Street
Houston, Texas 77002-6707
Telephone: (713) 651-0111
Facsimile: (713) 651-0220
ATTORNEYS FOR AMWEST SURETY
INSURANCE COMPANY

OF COUNSEL:
COATS, ROSE, YALE, RYMAN & LEE, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing on William E. Reid, Reid & Associates, Providence Tower, Suite 255W, 5001 Spring Valley Road, Dallas, Texas 75244; Mr. David G. Surratt, Canterbury, Stuber, Elder, Gooch & Surratt, One Lincoln Centre, 5400 LBJ Freeway, Suite 1300, Dallas, Texas 75240-6254 and Horacio L. Barrera, Martinez & Barrera, L.L.P., 1201 East Van Buren, Brownsville, Texas 78520 by telefax and certified mail, return receipt requested on this 13t day of June, 2001.

Nancy Hesse Hamren

IN THE DISTRICT COURT OF LANCASTER COUNTY, NEBRASKA

| | |
|---|---|
| STATE OF NEBRASKA, EX REL.<br>L. TIM WAGNER,<br>DIRECTOR OF INSURANCE OF<br>THE STATE OF NEBRASKA, | )<br>)<br>)<br>) |
| PETITIONER, | ) |
| v. | )<br>) ORDER OF LIQUIDATION,<br>) DECLARATION OF INSOLVENCY,<br>) AND INJUNCTION |
| AMWEST SURETY<br>INSURANCE COMPANY, | )<br>)<br>) |
| RESPONDENT. | ) |

LANCASTER COUNTY DOCKET PAGE
2001 JUN 7 AM 8 25
CLERK OF THE DISTRICT COURT
CI 01-2102

This matter came on for consideration on the petition of the Director of Insurance for the State of Nebraska, L. Tim Wagner ("Director") pursuant to the Insurers Supervision, Rehabilitation and Liquidation Act ("Act"), Neb. Rev. Stat. §44-4801 et seq. (Reissue 1998), for an Order of Liquidation and for such other further relief as appropriate with respect to Amwest Surety Insurance Company ("Amwest Surety"). Amwest Surety waived Notice and Hearing on the Director's Petition and has not contested the matter. The court, upon reviewing the evidence adduced at hearing and the applicable law, finds as follows:

Amwest Surety Insurance Company is a Nebraska domiciled property and casualty insurance company with its principal place of business located at 5230 Las Virgenes Road, Calabasas, California.

2. The court has jurisdiction over the subject matter and the parties.

3. As of March 31, 2001, based upon a quarterly financial statement filed June 5, 2001, Amwest Surety's liabilities exceed its assets by about 1.5 million. Amwest Surety is therefore insolvent.

EXHIBIT A

4.  Grounds exist under Neb. Rev. Stat. §44-4817 (Reissue 1998) for the Director to request an order to liquidate Amwest Surety and for the court to enter an Order of Liquidation pursuant to Neb. Rev. Stat. §44-4818.

5.  The immediate appointment of a liquidator is necessary to protect the creditors, claimants and policyholders of Amwest Surety and it is in their best interest and in the best interests of the public that an Order of Liquidation be entered appointing the Director as Liquidator of Amwest Surety pursuant to Neb. Rev. Stat. §44-4818.

6.  Under Neb. Rev. Stat. §44-4805 (1), the court is authorized to grant injunctions and other orders which are necessary and proper to prevent any actions that might lessen the value of Amwest Surety's assets, prejudice the rights of its policyholders, creditors and shareholders or prejudice the administration of any proceeding involving Amwest Surety under the Nebraska Insurers Supervision, Rehabilitation and Liquidation Act of 1989 ("Liquidation Act"), Neb. Rev. Stat. §§44-4801 et seq.

7.  In order that Amwest Surety's assets not lessen in value, that the rights of Amwest Surety's policyholders, creditors and shareholders are not prejudiced and that the administration of proceedings involving Amwest Surety under the Liquidation Act are not prejudiced, it is necessary and proper for the court to grant injunctive relief and other orders as provided for under Neb. Rev. Stat. §44-4805.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that;

Amwest Surety Insurance Company is insolvent, which is a criteria for liquidation under Neb. Rev. Stat. §44-4817.

2.  An Order of Liquidation is entered under Neb. Rev. Stat. §44-4818 authorizing the liquidation of Amwest Surety.

3. L. Tim Wagner, Director of Insurance for the State of Nebraska, is appointed Liquidator of Amwest Surety pursuant to Neb. Rev. Stat. §44-4818.

4. The Liquidator is authorized and directed to forthwith take possession and control of the assets of Amwest Surety and administer them under the general supervision of this Court. The Liquidator is directed to exercise any and all rights of Amwest Surety in connection with any collateral or other assets being held for the benefit of Amwest Surety by any person or entity. Pursuant to Neb. Rev. Stat. §44-4818 (Reissue 1998), the Liquidator shall be vested by operation of law with title to all of the property, contracts, and rights of action and all of the books and records of Amwest Surety, wherever located, as of the entry of this Order of Liquidation.

5. The Liquidator shall have, exercise and be subject to all of the rights, powers and duties of a Liquidator under Neb. Rev. Stat. 44-4801 et seq.

6. All officers, managers, directors, trustees, owners, employees, or agents of Amwest Surety shall cooperate with the Liquidator as required by Neb. Rev. Stat. §44-4806 (Reissue 1998).

7. The Liquidator shall file financial reports and accounting with this Court pursuant to Neb. Rev. Stat. §44-4818(5) for the period ending December 31, 2001, and at least annually thereafter. Such reports shall include at a minimum the assets and liabilities of Amwest Surety and all funds received or disbursed by the Liquidator during the current period, and shall be submitted to this Court for approval without necessity of a hearing.

8. Amwest Surety, its directors, officers, managers, agents, employees, and all other persons and legal entities, except the Liquidator of Amwest Surety, are hereby enjoined from:

    A. Engaging in further transactions of Amwest Surety business;

    B. Transferring Amwest Surety property;

C.  Interfering with the Liquidator, his employees and assistants or with proceedings involving Amwest Surety under the Liquidation Act;

D.  Wasting Amwest Surety assets;

E.  Dissipating or transferring bank accounts of Amwest Surety;

F.  The institution of further prosecution of any actions or proceedings;

G.  Obtaining preferences, judgments, attachments, garnishments, or liens against Amwest Surety, its assets or its policyholders;

H.  Levying execution against Amwest Surety, its assets or policyholders;

I.  Making any sale or deed for nonpayment of taxes or assessments which would lessen the value of the assets of Amwest Surety;

J.  Withholding from the Liquidator any books, accounts, documents or other records relating to the business of Amwest Surety; and

K.  Any other threatened or contemplated action that might lessen the value of Amwest Surety assets or that might prejudice the rights of policyholders, creditors, shareholders, or the administration of any proceeding involving Amwest Surety under the Nebraska Insurers Supervision, Rehabilitation and Liquidation Act of 1989.

9.  This Court shall retain jurisdiction of this matter for the purpose of granting such other and further relief as shall be just and equitable and the Liquidator shall apply to this Court for further instructions as necessary.

Dated this 7th day of June, 2001.

_____
District Judge
JOHN A. COLBORN

26-553-10.1

# IN THE DISTRICT COURT OF LANCASTER COUNTY, NEBRASKA

## --CERTIFICATE

I, Kelly Moose Gonzzzi Handlos, Clerk of the District Court of Lancaster County, Nebraska, do hereby certify that the foregoing is a full and correct copy/copies of the original instrument(s) duly filed and of record in this Court. This Certificate, which bears the seal of the District Court of Lancaster County, Nebraska, was signed on ........ JUN 0 7 2001 ........

Kelly Moose Gonzzzi Handlos
Clerk of the District Court

By _____
Deputy



# NEBRASKA
# DEPARTMENT OF INSURANCE
# PRESS RELEASES AND NOTICES

# NOTICE

June 8, 2001

**Notice of Legal Rights and Obligations**

**Subject: Notice of Liquidation - Amwest Surety Insurance Company**

An Order to Liquidate Amwest Surety Insurance Company ("Amwest Surety"), a Nebraska domiciled insurer with its principal office at Calabasas, California, was entered by the District Court of Lancaster County Nebraska, on Thursday, June 7, 2001, in CI 01-2102. The Order of Liquidation was entered under Neb. Rev. Stat. §44-4818 (Reissue 1998) and appointed L. Tim Wagner, Director of Insurance for the State of Nebraska, the Liquidator. Mike Fitzgibbons has been appointed as Special Deputy Liquidator.

Under an Order of Liquidation ("Order"), the Liquidator is authorized and directed to forthwith take possession and control of the assets of Amwest Surety and administer them under the general supervision of the Court. Pursuant to Neb. Rev. Stat. §44-4818, the Liquidator is directed to exercise any and all rights of Amwest Surety in connection with any collateral or other assets being held for the benefit of Amwest Surety by any person or entity. The Liquidator is vested by operation of law with title to all of the property, contracts, and rights of action and all of the books and records of Amwest Surety, wherever located, as of the entry of this Order of Liquidation and further succeeds to the title of all assets, claims and rights of the insurer.

Upon issuance of the Order, the rights and liabilities of Amwest Surety and its creditors, shareholders, and all other persons interested in this estate shall become fixed as of the date of the entry of the Order except as provided in Neb. Rev. Stat. §44-4818 and §44-4837 (Reissue 1998). The Liquidator exercises and is subject to all of the rights, powers and duties of a liquidator under Neb. Rev. Stat. §44-4801 et seq. (Reissue 1998).

All persons or other legal entities shall pay all sums or premiums due Amwest Surety in accordance with Neb. Rev. Stat. §44-4833 (Reissue 1998) and deliver any and all property of Amwest Surety, personal or real, of every kind or nature, to the Liquidator or his designated representatives.

Please TAKE NOTE THAT all policies including bonds and other non-cancellable business in effect at the time of issuance of the Order of Liquidation shall continue in force until the earliest of:

**EXHIBIT B**

1. thirty days from the date of entry of the liquidation order;

2. the expiration of the policy coverage;

3. the date when the insured has replaced the insurance coverage with equivalent insurance in another insurer or otherwise terminated the policy, or

4. the liquidator has effected a transfer of the policy obligation pursuant to subdivision (1) (j) of section 44-4821 (Reissue 1998).

Pursuant to Neb. Rev. Stat. §44-4824 (Reissue 1998), no action at law or in equity or in arbitration whether in this state or elsewhere, may be brought against Amwest Surety, or its Liquidator, nor shall any existing actions be maintained or further presented after issuance of the Order. The Liquidator may intervene in any pending action in order to protect the estate of the insurer at the expense of the estate of Amwest Surety.

The Liquidator may institute all actions and proceedings on behalf of Amwest Surety subject to Neb. Rev. Stat. §44-4824. Mutual debts or credits between Amwest Surety and another person in connection with this liquidation shall be subject to Neb. Rev. Stat. §44-4830 (Reissue 1998). Any amount recoverable by the Liquidator from reinsurers shall not be reduced as a result of this Order regardless of any provision in the reinsurance contract or other agreement pursuant to Neb. Rev. Stat. §44-4832 (Reissue 1998).

**ATTENTION AGENTS:** Every person who receives notice of this Order pursuant to Neb. Rev. Stat. §44-4822 (Reissue 1998) and who represents Amwest Surety as an agent shall, absent written waiver of this requirement by the Liquidator within fifteen days of such notice, give written notice of this Order by first class mail to the last address contained in the agent's records to each policyholder or other person named in any policy issued through the agent by Amwest Surety if such agent has a record of the address of the policyholder or other person. Such written notice shall include the name and address of the insurer, the name and address of the agent, identification of the policy impaired, and the nature of the impairment, including termination of coverage as provided by Neb. Rev. Stat. §44-4819 which provides in the pertinent part as follows:

1. All policies including bonds and other noncancellable business in effect at the time or issuance of the order of liquidation shall continue in force until the earliest of:

    a. Thirty days from the date of entry of the liquidation order;

    b. The expiration of the policy coverage;

    c. The date when the insured has replaced the insurance coverage with equivalent insurance in another insurer or otherwise terminated the policy;

    d. The liquidator has effected a transfer of the policy obligation pursuant to subdivision (1) (j) of section 44-4821; or

    e. The date proposed by the liquidator and approved by the court to cancel coverage.

Notice by a general agent satisfies the notice requirement of this paragraph for any agents under

contract to him or her. Each agent obligated to give notice pursuant to this paragraph shall file a report of compliance with the Liquidator. Any agent failing to give notice or file a report of compliance as required by Neb. Rev. Stat. §44-4823 (Reissue 1998) for whom the Liquidator has not waived such requirement may be subject to payment of a civil penalty of not more than $1,000 and may have his or her license suspended.

All agents, brokers, premium finance companies and other persons, other than insureds, responsible for the payment of premiums shall be obligated to pay to the Liquidator any unpaid earned premium and all earned premium of Amwest Surety and all unearned commissions as of the date of the Order.

All insureds of Amwest Surety are obligated to pay to the Liquidator any earned premium due as of the date of the Order. Any person failing to comply with the provisions of Neb. Stat. Stat. §44-4833 is subject to the penalties provided therein, including imposition of civil penalties by the Director of Insurance of not more than for $1,000 for each act in violation of said statute.

**Amwest Toll Free Number: 866-789-8119 - Effective June 13, 2001 (818) 871-3614**

**Amwest Surety Insurance Company Web Site: www.amwest.com**

**Amwest Insurance Company
5230 Las Virgenes Road
Calabasas, CA 91302**

Return to top of page | Return to Press Releases and Notices | Return to Home Page Search Buttons | Return to Home Page