44

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| The United States of America for the Use of AMS Construction Company, Inc., d/b/a AMS Staff Leasing, § § § § § Plaintiff, § § v. § § Centex Construction Company, Inc., et al., § § Defendants. § | CIVIL ACTION NO. B-00-62 |

**ORDER**

BE IT REMEMBERED that on October 26, 2001, the Court **GRANTED** Defendant Amwest's Motion Vacate Order (sic) and/or for Rehearing [Dkt. No. 40] ("Motion to Vacate"). On May 24, 2001, the Court granted Plaintiff's Motion for Leave to Amend Complaint [Dkt. Nos. 36 & 39] ("Motion to Amend"). Amwest contends and Plaintiff concedes (see Dkt. No. 42) that Amwest never received a copy of the Motion to Amend. The Court's Order granting the Motion to Amend notes that Amwest's "failure to respond will be taken as a representation of no opposition." See Dkt. No. 39. In its Motion to Vacate, Amwest contends that it would have responded to the motion by opposing it, but because it had no notice that the Motion had been filed, Amwest did not respond within the appropriate time frame.

Leave to amend a pleading "shall be freely given when justice so requires." See Federal Rule of Civil Procedure 15(a). However, the Court holds that because Plaintiff here seeks to assert additional causes of action against Amwest, including fraud and negligent entrustment, which require additional discovery, as well as two additional theories (see Dkt. No. 41), the Court deems it appropriate to allow Amwest time to

respond to the Motion to Amend. Accordingly, the Court's May 23, 2001 Order [Dkt. No. 39] granting Plaintiff's Motion to Amend is hereby **VACATED**. The Parties are advised that the case remains scheduled for final pretrial conference on November 1, 2001.

DONE this 26th day of October, 2001 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge