United States District Court
Southern District of Texas
ENTERED

OCT 31 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE OF AMS CONSTRUCTION COMPANY, INC. d/b/a AMS STAFF LEASING, <br><br>    Plaintiff, <br><br> v. <br><br> CENTEX CONSTRUCTION COMPANY, INC., SEABOARD SURETY COMPANY, and AMWEST SURETY INSURANCE COMPANY, <br><br>    Defendants. | NO. B-00-62 |

## ORDER

BE IT REMEMBERED that on October 30, 2001, the Court considered Defendant Amwest's Notice of Entry of Order of Liquidation, Declaration of Insolvency, and Injunction as to Amwest Surety Insurance Company [Dkt. No. 43]. Under Neb. Rev. Stat. 44-4805, the District Court of Lancaster County, Nebraska, was authorized and did issue an injunction to Amwest Surety, its directors, officers, agents, employers, and all other persons and legal entities . . . from . . . . obtaining preferences, judgments, attachments, garnishments, or liens against Amwest Surety, its assets or its policyholders . . ." [Dkt. No. 43 Ex. A at 4]. The Court recognizes that this order acts as a stay on proceedings in this Court, and therefore, pursuant to the Order by the District Court of Lancaster County, Nebraska, [Dkt. No. 43 Ex. A], the Court hereby **STAYS** all proceedings as to Defendant Amwest in this case until further notice.

DONE this 30th day of October, 2001 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge