49
46

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 3 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE OF AMS CONSTRUCTION COMPANY, INC., d/b/a AMS STAFF LEASING, <br>     Plaintiff, <br><br> v. <br><br> CENTEX CONSTRUCTION COMPANY, INC., SEABOARD SURETY COMPANY, and AMWEST SURETY INSURANCE COMPANY, <br>     Defendants. | § § § § § § § § § § § § § § § | NO. B-00-062 |

## NOTICE OF SETTLEMENT

Please let this serve as notice that AMS Construction Company, Inc. d/b/a AMS Staff Leasing has settled its claims with Centex Construction Company, Inc. and Seaboard Surety Company.

AMS Construction Company, Inc. d/b/a AMS Staff Leasing claims against Amwest Surety Insurance Company still remain on the docket, however, there is an automotive stay on the claims against Amwest pursuant to an Order of Liquidation entered on or about June 7, 2001. In the District Court of Lancaster County, Nebraska.

CANTERBURY, STUBER, ELDER, GOOCH & SURRATT, P.C.

*David Surratt* (by mm)

David Surratt
Occidental Tower
5005 LBJ Freeway, Suite 1000
Dallas, Texas 75244

REID & ASSOCIATES, P.C.

*F. Marianne Matthews*

F. Marianne Matthews
Providence Tower, Suite 255W
5001 Spring Valley Road
Dallas, Texas 75244

COATS, ROSE, YALE, RYMAN & LEE, P.C.

*Nancy Hesse Hamren (by perm)*

Nancy Hesse Hamren, Esq.
800 First City Tower
1001 Fannin Street
Houston, Texas 77002-6707

G:\AMS\Brownsville\Pldg\NOTICE OF SETTLEMENT.wpd