4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| FOR THE USE OF AMS CONSTRUCTION | § | |
| COMPANY, INC. d/b/a/ | § | |
| AMS STAFF LEASING | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION B-00-062 |
| | § | |
| | § | |
| CENTEX CONSTRUCTION | § | |
| COMPANY, INC., SEABOARD SURETY | § | |
| COMPANY, AND AMWEST SURETY | § | |
| COMPANY | § | |
| **Defendant.** | § | |

## Final Order of Dismissal

BE IT REMEMBERED that on November 1, 2001, the Court considered the Parties' Notice of Settlement [Dkt. No. 46].

1.    The Court, having been advised by counsel that a settlement has been reached between the United States of America for the Use of AMS Construction Company, Inc. d/b/a AMS Staff Leasing and two of the Defendants, Centex Construction Company Inc., and Seaboard Surety Company, **DISMISSES** this case as to these Parties **ONLY** with prejudice.  The aforementioned Parties shall bear their own costs.

2.    The Court retains jurisdiction to enforce the settlement. Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 380 (1994).

3.     The aforementioned Parties are herewith informed that they will not be required to appear for docket call on November 1, 2001.

DONE at Brownsville, Texas, this 1st day of November 2001.

Hilda G. Tagle
United States District Judge