48

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| FOR THE USE OF AMS CONSTRUCTION | § | |
| COMPANY, INC. d/b/a/ | § | |
| AMS STAFF LEASING | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION B-00-062 |
| | § | |
| CENTEX CONSTRUCTION | § | |
| COMPANY, INC., SEABOARD SURETY | § | |
| COMPANY, AND AMWEST SURETY | § | |
| COMPANY | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
ENTERED

MAR 2 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Notification and Order

BE IT REMEMBERED that on March 29, 2004, the Court administratively closed this case. The Court was informed by counsel that a settlement was reached between the United States of America for the Use of AMS Construction Company, Inc. d/b/a AMS Staff Leasing and two of the Defendants, Centex Construction Company Inc., and Seaboard Surety Company. As a result, in November, 2001, the Court dismissed this case as to these Parties with prejudice. Additionally, as a result of an Order of Liquidation previously entered concerning Amwest Surety Insurance Company, this Court entered a stay of the proceedings.

The parties are **ORDERED** to notify the Court in writing by April 15, 2004, if this case should not be closed, and the parties should state the reasons for maintaining a pending action in light of the above posture of the case.

DONE at Brownsville, Texas, this 29th day of March, 2004.

Hilda G. Tagle
United States District Judge