**REID & ASSOCIATES**
*A PROFESSIONAL CORPORATION*
*ATTORNEYS AND COUNSELORS*
PROVIDENCE TOWERS, SUITE 255 W
5001 SPRING VALLEY ROAD
DALLAS, TEXAS 75244
(972) 991-2626

United States District Court
Southern District of Texas
FILED

APR 1 4 2004

Michael N. Milby, Clerk of Court

STEVEN N. WILLIAMS

Facsimile (972) 991-2678

April 14, 2004

Hon. Hilda G. Tagle
United States District Judge
600 E. Harrison, 1st Floor
Brownsville, Texas 78520

Re: No. B-00-062; *The United States of America for the Use of AMS Construction Company, Inc. d/b/a AMS Staff Leasing v. Centex Construction Company, Inc., Seaboard Surety Company, and Amwest Surety Insurance Company*; pending in the United States District Court, Southern Division of Texas, Brownsville Division

Dear Judge Tagle:

In response to your Notification and Order dated March 29, 2004, the Plaintiff, United States of America for the Use of AMS Construction Company, Inc. d/b/a AMS Staff Leasing ("AMS") has elected to pursue its remedies against the surety bond originally issued for this project. Although the Liquidator has initially denied AMS' proof of claim, AMS has objected to the Liquidator's denial and is pursuing its appeal rights. Accordingly, AMS sees no reason why the above-referenced and numbered cause cannot be dismissed, so long as such dismissal in no way prejudices AMS' objections and/or appeals against the Liquidator related to its claims against the surety bond, bond number 1318679.

If you have any questions, please call me. As always I remain,

Respectfully yours,

Steven N. Williams

SNW/paw

G:\AMS\Brownsville\Corr\Court 041404 Dismissal.wpd